IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOBBY STEPHENS                                                                                              PLAINTIFF

V.                                      5:07CV00031 JLH/JTR

DR. JOHN LYTLE and
DR. NNAMDI IFEDIORA                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Lytle's and Defendant Ifediora's Motions to Dismiss (docket entries #18 and #30) are GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2. Plaintiff's Motion for Production of Documents (docket entry #35) is DENIED.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 24th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE